

**ErlingsonBanks**
Attorneys at Law

March 31, 2015

*VIA HAND-DELIVERY*

Doug Welborn, Clerk of Court
19th Judicial District Court
300 North Boulevard
Baton Rouge, LA 70801

RE: Patricia Lee Cummings v. Winn-Dixie Montgomery, LLC and XYZ Insurance Co.
19th JDC Docket #630337; Section "25"
Parish of East Baton Rouge; State of Louisiana
Our File Number: 2030.337

Dear Clerk:

Enclosed are the original and two (2) copies of a Notice of Filing Notice of Removal to be filed on behalf of defendant, Winn Dixie Montgomery, LLC, in connection with the referenced matter. Please file the original into the record of the Court, forward one (1) copy to Judge Wilson Fields, and return a file stamped copy to my courier.

Also enclosed is our firm check in the amount of $90.00, representing costs for the filing of the Notice of Filing Notice of Removal.

Thank you for your attention to this matter. Should you require anything further, please do not hesitate to contact me.

With kind regards, I am

Very truly yours,
ERLINGSON BANKS, PLLC

Mary E. Colvin

MEC/hl

Enclosures

cc: Allen M. Posey, Jr. (w/enclosures via U.S. mail)



EXHIBIT C

Erlingson Banks PLLC • One American Place • 301 Main Street • Ste. 2110 • Baton Rouge, LA 70801 • tel 225.218.4446 • fax 225.246.2876

| PATRICIA LEE CUMMINGS | NUMBER 630337  SECTION "25" |
|---|---|
|  | 19TH JUDICIAL DISTRICT COURT |
| VERSUS |  |
|  | PARISH OF EAST BATON ROUGE |
| WINN-DIXIE MONTGOMERY, LLC and XYZ INSURANCE COMPANY | STATE OF LOUISIANA |

## NOTICE OF FILING NOTICE OF REMOVAL

TO: The Honorable Wilson Fields  
    Judge, Section 25, 19th JDC, Courtroom 7A  
    880 Governmental Building, Suite 7101  
    300 North Boulevard  
    Baton Rouge, LA 70801

Patricia Lee Cummings  
Through her counsel of record:  
Allen Posey, Jr. (#10617)  
Attorney at Law  
4920 Jamestown Avenue  
Baton Rouge, LA 70808

**PLEASE TAKE NOTICE** that on the 31st day of March, 2015, defendant, WINN-DIXIE MONTGOMERY, LLC, filed a Notice of Removal of the above-entitled cause from the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana, a copy of which is attached hereto.

Respectfully submitted,

ERLINGSON BANKS, PLLC

BY: /s/ Mary E. Colvin  
JUDSON G. BANKS (#27369)  
MARY E. COLVIN (#33069)  
One American Place  
301 Main Street, Suite 2110  
Baton Rouge, Louisiana 70801  
Telephone: (225) 218-4446  
Fax: (225) 246-2876  
*Attorneys for Winn-Dixie Montgomery, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Notice of Filing Notice of Removal has this day been placed in the U.S. mail, postage prepaid, and properly addressed to counsel of record as follows:

Allen Posey, Jr. (#10617)  
Attorney at Law  
4920 Jamestown Avenue  
Baton Rouge, LA 70808

Baton Rouge, Louisiana, this 31st day of March, 2015.

/s/ Mary E. Colvin  
Mary E. Colvin