UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICIA LEE CUMMINGS

VERSUS

WINN-DIXIE MONTGOMERY, LLC, ET AL.

CIVIL ACTION

NO. 15-195-SDD-RLB

### RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 21, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] shall be GRANTED and the case shall be REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Baton Rouge, Louisiana the 11 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 13.
[3] Rec. Doc. 7.