UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICIA LEE CUMMINGS

VERSUS

WINN-DIXIE MONTGOMERY, LLC, ET AL.

CIVIL ACTION

NO. 15-195-SDD-RLB

## JUDGMENT

For the written reasons assigned;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's *Motion to Remand*[1] is GRANTED and this case is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Baton Rouge, Louisiana the 11 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.

Certified 19th JDC